AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

__EASTERN__  **District of**  __CALIFORNIA__

| | |
|---|---|
| PY PHANHTHOUKONE,<br>　　　　　　　Plaintiff<br><br>　　　　V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>　　　　　　　Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE　　　1:10-AT-00972 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__　GRANTED.

　　__X__　The clerk is directed to file the complaint.

　　__X__　IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐　DENIED, for the following reasons:

_____

_____

ENTER this　__23rd__　day of　__November__, __2010__.

　　　　　　　　　　　　　　　　　　　　__/s/ Sandra M. Snyder__
　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　__SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE__
　　　　　　　　　　　　　　　　　　Name and Title of Judicial Officer