Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Py Phanhthoukone

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| PY PHANHTHOUKONE, | Case No.: 1:10-cv-2191 DLB |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Py Phanhthoukone ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: August 9, 2011              Respectfully submitted,

                                  ROHLFING & KALAGIAN, LLP

                                           /s/ *Laura E. Krank*
                                  BY:_____
                                  Laura E. Krank
                                  Attorney for plaintiff Py Phanhthoukone

DATE: August 9, 2011

                                  ANDRÉ BIROTTE JR.
                                  United States Attorney


                                          /s/ *Peter Thompson*
                                  _____
                                  Peter Thompson
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant Michael J. Astrue,
                                  Commissioner of Social Security
                                  (Per e-mail authorization)

IT IS SO ORDERED.

   Dated:   **August 12, 2011**              /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE